UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINA A. PADUA, | Case No. 2:12-cv-02019-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| A&A MIDWEST REBUILDERS SUPPLIER INC. dba AAEQ MANUFACTURERS & RECYCLERS, an Illinois corporation, | |
| Defendants. | |

The entry of the Stipulation and Order for Arbitration and to Stay the Case (dkt. no. 11) has rendered moot the pending Motion to Compel Arbitration (dkt. no. 6.). The Motion to Compel Arbitration is therefore denied. This Clerk is directed to administratively close this case.

DATED THIS 24th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE