DEANNA L. FORBUSH
Nevada Bar No. 6646
Haygood, Cleveland, Pierce & Thompson, LLP
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
Telephone: 702.331.4924
Facsimile: 702.436.3836
dforbush@hcplaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA.**

| | |
|---|---|
| REGINA A. PADUA,<br><br>            Plaintiff,<br><br>      vs.<br><br>A & A MIDWEST REBUILDERS SUPPLIERS, INC. dba AAEQ Manufacturers & Recyclers, an Illinois Corporation,<br><br>            Defendant. | CASE NO. 2:12-CV-02019-MMD-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Regina A. Padua by and through her counsel of record, Michael P. Balaban, and Defendant A & A Midwest Rebuilders Suppliers, Inc. dba AAEQ Manufacturers & Recyclers by and through its counsel of record, Deanna L. Forbush of Haygood, Cleveland, Pierce and Thompson, LLP, stipulate as follows:

1.      Plaintiff Regina A. Padua's claims as stated in the Complaint are to be dismissed with prejudice;

2.      Each party is to bear its own attorneys' fees and costs.

/ / /

/ / /

Dated this 25th day of October, 2013.

                                        HAYGOOD, CLEVELAND, PIERCE AND THOMPSON, LLP

/s/ Michael P. Balaban                      /s/ Deanna L. Forbush  
MICHAEL P. BALABAN                DEANNA FORBUSH  
Nevada Bar No. 9370                     Nevada Bar No. 6646  
Email: mbalaban@balaban-law.com     Email: dforbush@hcplaw.com

IT IS SO ORDERED.

Dated: October 25, 2013

_____  
U.S. District Judge

HAYGOOD CLEVELAND PIERCE & THOMPSON LLP
500 S. Rancho Drive, Suite 17
Las Vegas, Nevada 89106