1  DEANNA L. FORBUSH
   Nevada Bar No. 6646
2  Haygood, Cleveland, Pierce & Thompson, LLP
   500 South Rancho Drive, Suite 17
3  Las Vegas, Nevada  89106
   Telephone:  702.331.4924
4  Facsimile: 702.436.3836
   dforbush@hcplaw.com
5
   Attorneys for Defendant
6

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA.**
8

9  REGINA A. PADUA,                          CASE NO. 2:12-CV-02019-MMD-PAL

10         Plaintiff,

11     vs.                                   **STIPULATION TO DISMISS WITH PREJUDICE**

12 A & A MIDWEST REBUILDERS
   SUPPLIERS, INC. dba AAEQ Manufacturers
13 & Recyclers, an Illinois Corporation,

14         Defendant.

15

16         Plaintiff Regina A. Padua by and through her counsel of record, Michael P. Balaban, and

17 Defendant A & A Midwest Rebuilders Suppliers, Inc. dba AAEQ Manufacturers & Recyclers by

18 and through its counsel of record, Deanna L. Forbush of Haygood, Cleveland, Pierce and

19 Thompson, LLP, stipulate as follows:

20         1.      Plaintiff Regina A. Padua's claims as stated in the Complaint are to be dismissed

21 with prejudice;

22         2.      Each party is to bear its own attorneys' fees and costs.

23 / / /

24 / / /

Dated this 25th day of October, 2013.

                                      HAYGOOD, CLEVELAND, PIERCE AND THOMPSON, LLP

/s/ Michael P. Balaban                  /s/ Deanna L. Forbush
MICHAEL P. BALABAN                DEANNA FORBUSH
Nevada Bar No. 9370                    Nevada Bar No. 6646
Email: mbalaban@balaban-law.com     Email: dforbush@hcplaw.com

IT IS SO ORDERED.

Dated: October 25, 2013

_____
U.S. District Judge

HAYGOOD CLEVELAND PIERCE & THOMPSON LLP
500 S. Rancho Drive, Suite 17
Las Vegas, Nevada 89106